1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KEVIN B. FINN
4  Assistant United States Attorney
   California State Bar No. 128072
5  E-mail    kevin.finn@usdoj.gov
        Federal Building, Suite 7516
6       300 North Los Angeles Street
        Los Angeles, California  90012
7       Telephone:  (213) 894-6739
        Facsimile:  (213) 894-7327
8
   Attorneys for Defendant
9  JOHN E. POTTER, POSTMASTER GENERAL

10                     UNITED STATES DISTRICT COURT

11                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                              WESTERN DIVISION

13 GILBERT SAYEGH,                  )   NO. CV 07-6183 JWJ
                                    )
14      Plaintiff,                  )
                                    )   ORDER APPROVING STIPULATION
15      v.                          )   FOR COMPROMISE SETTLEMENT AND
                                    )   DISMISSING CASE
16 JOHN E. POTTER, POSTMASTER       )
   GENERAL OF THE UNITED STATES     )
17 POSTAL SERVICE,                  )
                                    )   Honorable Jeffrey W. Johnson
18      Defendant.                  )
                                    )
19                                  )
   _____)
20

21

22      The Court has considered the Stipulation for Compromise

23 Settlement and Dismissing Case the parties filed.

24      THE COURT HEREBY ORDERS that the Stipulation for Compromise

25 Settlement and Dismissing Case is approved and this case is

26 dismissed with prejudice, with each party to bear its own costs

27 and fees, including attorney fees.

28

The United States shall disburse the settlement proceeds when they become available as detailed in the Stipulation.

DATED: July 2, 2009

                                                                      /s/
                                       JEFFREY W. JOHNSON
                                       UNITED STATES DISTRICT JUDGE